P187639

PEDRO MENDOZA, ON BEHALF OF HIMSELF AND THOSE SIMILARLY SITUATED
PLAINTIFF
- vs -
CAWLEY & BERGMANN, LLP, ET-AL
DEFENDANT

UNITED STATES DISTRICT COURT,
DISTRICT OF NEW JERSEY
Docket No. 2:16-CV-09517-CCC-MF

**Person to be Served**
CAVALRY SPV I, LLC
C/O THE CORPORATION TRUST COMPANY 820 BEAR TAVERN ROAD
WEST TRENTON, NJ 08628

**AFFIDAVIT OF SERVICE**
(For Use By Private Service)

**Papers Served:** SUMMONS, JURY DEMAND, CCS, CLASS ACTION COMPLAINT, PRAYER FOR RELIEF, CERT., EXHIBIT

**Service Data:**
Served Successfully **X** Not Served _____ Date: 03/02/2017 Time: 1:23PM Attempts: _____

___ Delivered a copy to him/her personally

___ Left a copy with a competent household member of over 14 years of age residing therein.

**X** Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

Name of person served and relationship / title:

RONIQUE RAYSOR

FULFILMENT SPECIALIST

**Description of Person Accepting Service:**
SEX: **FEMALE**   COLOR: **BLACK**   HAIR: **BLACK**   APP.AGE: **32**   APP. HT: **5'9**   APP. WT: **225**
OTHER: **Glasses**

**Comments Or Remarks:**

Sworn to before me this
7 day of Mar. ,2017

ANALISE L ESPARZA
Commission # 2297784
Notary Public, State of New Jersey
My Commission Expires
August 01, 2019

I, RONNIE MITCHELL, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Ronnie mitchell
Signature of Process Server Date

Client File Number: 16-192

NJLS Process Service
2333 U.S. Hwy 22 West
Union, NJ 07083
908-686-7300

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 03.02.2017 |
| NAME OF SERVER *(PRINT)* RONNIE MITCHELL | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☑ Name of person with whom the summons and complaint were left: Ronique Raysor fulfilment Specialist

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/7/17
Date

Signature of Server: Ronnie Mitchell

Address of Server:
2333 U.S. Route 22 West
Post Office Box 36
Union, New Jersey  07083